# United States District Court
## Violation Notice

CVB Location Code: **OR45**

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 7904343 | Keedy T | FB1010 |

7904343

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 10/20/2020 23:20
Offense Charged: ☒ CFR ☐ USC ☐ State Code — 41 CFR 102-74.385

Place of Offense: FCE Facility - 4310 S. Macadam, Portland OR 97239

Offense Description: Factual Basis for Charge: Failure to comply w/ lawful Directions

HAZMAT ☐

### DEFENDANT INFORMATION

Last Name: Molina
First Name: Tracy

Street Address: [REDACTED]

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ _____ Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT → $ _____ Total Collateral Due

**YOUR COURT DATE**
Court Address: U.S. Courthouse, 1000 SW 3rd, Portland OR 97239

X Defendant Signature: In custody

(Rev. 09/2015)   Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 10/20, 20 20 while exercising my duties as a law enforcement officer in the _____ District of Oregon

See attached PC Affidavit

The foregoing statement is based upon:
☐ my personal observation  ☒ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 10/20/2020  T.C. Keedy
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident